IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Luckett, Dietra G

Printed: 12/16/08

Case Number: 08 B 07910
Judge: Hollis, Pamela S
Filed: 4/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: June 16, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 235.00 |  |
| Secured: |  | 215.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 4.60 |
| Trustee Fee: |  | 15.28 |
| Other Funds: |  | 0.00 |
| Totals: | 235.00 | 235.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,914.00 | 4.60 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Condor Capital Corp | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 817.00 | 0.00 |
| 6. | ACC Consumer Finance | Secured | 17,303.35 | 215.12 |
| 7. | Litton Loan Servicing | Secured | 35,312.33 | 0.00 |
| 8. | Condor Capital Corp | Unsecured | 0.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 4,571.04 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 1,711.34 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 4,216.09 | 0.00 |
| 12. | Global Payments | Unsecured | 25.33 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 506.06 | 0.00 |
| 14. | Pharia LLC | Unsecured | 183.40 | 0.00 |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | CBA | Unsecured | | No Claim Filed |
| 17. | Collection | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 21. | MRSI | Unsecured | | No Claim Filed |
| 22. | HSBC | Unsecured | | No Claim Filed |
| 23. | HSBC | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |
| 26. | CCA | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Luckett, Dietra G

Printed: 12/16/08

Case Number: 08 B 07910
Judge: Hollis, Pamela S
Filed: 4/2/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 66,559.94 | $ 219.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 14.95 |
| 6.6% | 0.33 |
| | $ 15.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

